# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                  CASE NO. 1:09-cr-40-SPM/AK-1

**JOSE MANUEL BETANCOURT-SOLIS,**

    **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 24) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **JOSE MANUEL BETANCOURT-SOLIS**, to Count One of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>fourteenth</u> day of January, 2010.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         Chief United States District Judge